THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN P. PAROLY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of section 940 of the Penal Law (fraudulently secreting personal property), and sentencing him to four months in the workhouse, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SALVATORE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting the defendant of the crime of petit larceny, for stealing a small quantity of gasoline which it is alleged he syphoned from complainant's automobile, reversed on the law, information dismissed and fine remitted. In our opinion the defendant's guilt was not established beyond a reasonable doubt. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIMENSKY & LEVY CORPORATION, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn [Municipal Term], convicting defendant of a violation of the provisions of section 148, regulation 27, of the Sanitary Code of the board of health of the department of health of the city of New York, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

ISADORE RANKELL, as Administrator, etc., of MILTON RANKELL, Deceased, and ISADORE RANKELL, Appellants, v. BARNEY F. KILIMON, Respondent.— Consolidated action for wrongful death of decedent and for damages for personal injuries suffered by appellant Isadore Rankell, individually, as a consequence of the collision of two trucks on a public highway in Rockland county. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

MARGARET REILLY, Appellant, v. THOMAS STEVENS, Respondent.— Order granting defendant's motion to retax the costs, and on retaxation denying costs to plaintiff and striking the costs from the judgment, reversed on the law, with ten dollars costs and disbursements, and the motion denied, without costs. Plaintiff sustained personal injuries as a result of the operation of defendant's automobile in Nassau county. Plaintiff is a resident of Bellerose, Nassau county. Defendant resides in Massachusetts. Plaintiff brought an action in the Supreme Court, Kings County, and service of process was effected as prescribed by section 52 of the Vehicle and Traffic Law, as amended by chapters 94 and 490 of the Laws of 1937; that is, from the Brooklyn Post Office a copy of the summons and complaint was mailed to the Secretary of State at Albany, and another copy was sent by registered mail to the defendant in Massachusetts. On the trial plaintiff recovered a verdict of $750. By the order from which appeal is taken she has been denied costs in the judgment. She is entitled to costs of course. (Civ. Prac. Act, § 1470.) Section 1474, subdivision 1, of the Civil Practice Act is not applicable because the defendant was not served within New York city. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.